# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SERENA WRIGHT;<br><br>    Plaintiff,<br><br>v.<br><br>CHANDLER BLANKENSHIP; and SCHNEIDER NATIONAL CARRIERS, INC.;<br><br>    Defendants. | CIVIL ACTION<br><br>FILE NO. 1:25-cv-02451-SEG |

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   (a) Plaintiff Serena Wright;

   (b) Defendant Chandler Blankenship; and

   (c) Defendant Schneider National Carriers, Inc.;

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT P. 1**

(**2**) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: None.

(**3**) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    (a) Scott Kuperberg
        Georgia Bar No. 430441
        Counsel for Plaintiff
        WLG Atlanta, LLC
        Bank of America Plaza
        600 Peachtree Street NE, Suite 4010
        Atlanta, GA 30308
        (470) 881-3713
        (470) 881-3713 (facsimile)
        scott.kuperberg@witheritelaw.com

    (b) John D. Dixon
        Georgia Bar No. 223376
        Counsel for Defendants Chandler Blankenship and Schneider National Carriers, Inc.
        DENNIS, CORRY, SMITH & DIXON, LLP
        900 Circle 75 Parkway Suite 1400
        Atlanta, GA 30339
        (404) 926-3657
        (404) 365-0134 (facsimile)
        jdixon@dcplaw.com

Respectfully submitted, this 9th day of May, 2025.

                                           WLG Atlanta, LLC

                                         */s/ Scott Kuperberg*
                                         Scott Kuperberg
                                         Georgia State Bar Number 430441
                                         *Attorneys for Plaintiff*

Bank of America Plaza
600 Peachtree Street, NE Suite 4010
Atlanta, Georgia 30308
Telephone:  (470) 881-3713
Facsimile:  (470) 881-3713
E-Mail:  scott.kuperberg@witheritelaw.com

## **CERTIFICATE OF COMPLIANCE WITH N.D.GA. LOCAL RULE 5.1**

This is to certify that this pleading was created in Times New Roman 14-point font in accordance with Northern District of Georgia Local Rule 5.1B.

This 9th day of May, 2025.

                                           WLG Atlanta, LLC

                                           */s/ Scott Kuperberg*
                                           Scott Kuperberg
                                           Georgia State Bar Number 430441
                                           *Attorneys for Plaintiff*

Bank of America Plaza
600 Peachtree Street, NE Suite 4010
Atlanta, Georgia 30308
Telephone:  (470) 881-3713
Facsimile:  (470) 881-3713
E-Mail:  scott.kuperberg@witheritelaw.com

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT P. 4**

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, I electronically filed **Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

John D. Dixon
DENNIS, CORRY, SMITH & DIXON, LLP
900 Circle 75 Parkway Suite 1400
Atlanta, GA 30339
jdixon@dcplaw.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

                                                WLG Atlanta, LLC

                                                */s/ Scott Kuperberg*
                                                Scott Kuperberg
                                                Georgia State Bar Number 430441
                                                *Attorneys for Plaintiff*

Bank of America Plaza
600 Peachtree Street, NE Suite 4010
Atlanta, Georgia 30308
Telephone:  (470) 881-3713
Facsimile:  (470) 881-3713
E-Mail:     scott.kuperberg@witheritelaw.com